1 MICHAEL N. FEUER, City Attorney (SBN 111529)
2 JAMES P. CLARK, Chief Deputy City Attorney (SBN 64780)
  THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
3 PATRICIA URSEA, Deputy City Attorney (SBN 221637)
4 SARA UGAZ, Deputy City Attorney (SBN 239031)
  200 North Main Street, 6th Floor, Business & Complex Litigation
5 Los Angeles, California 90012
6 Tel: (213) 978-7564
  Fax: (213) 978-7011
7 Email:  Sara.Ugaz@lacity.org
8
  Attorneys for Defendant
9 CITY OF LOS ANGELES
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| VENICE JUSTICE COMMITTEE, an unincorporated association; and PEGGY KENNEDY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, and DOES 1-10,<br><br>Defendants. | CASE NO.:  2:16-cv-01115-ODW (KS)<br><br>Complaint Filed:  February 17, 2016<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 Days (L.R. 8-3)<br><br><br>Complaint served: April 14, 2016<br>Current response date: May 5, 2016<br>New response date: June 6, 2016 |
|---|---|

    WHEREAS, Plaintiffs Venice Justice Committee and Peggy Kennedy (hereafter "Plaintiffs") filed Case No. CV 16-01115 ODW (KS) against Defendant City of Los Angeles ("Defendant") on February 17, 2016;

    WHEREAS, Plaintiffs served their summons and complaint on Defendant on April 14, 2016;

    WHEREAS, Defendant is required to serve its answer and/or respond to

1 | Plaintiffs' complaint by May 5, 2016, twenty-one days after service of the summons and complaint;

WHEREAS, Defendant has requested and Plaintiffs have agreed to a thirty-day extension;

WHEREAS, this is Defendant's first request to extend time to respond to the initial complaint;

WHEREAS, Local Rule 8-3 states that "[i]f the stipulation . . . does not extend the time [to respond to the initial complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge";

NOW, THEREFORE, by and through their respective counsel of record, Plaintiffs and Defendant hereby stipulate and agree that Defendant's answer and/or response to Plaintiffs' complaint shall be due on June 6, 2016.

IT IS SO STIPULATED.

Dated: April 28, 2016

                THE LAW OFFICES OF CAROL SOBEL

                By: _____/s/_____
                Carol Sobel, Esq.
                Attorney for Plaintiffs VENICE JUSTICE
                COMMITTEE and PEGGY KENNEDY

Dated: April 28, 2016

                THE LOS ANGELES' CITY ATTORNEY'S OFFICE
                THOMAS H. PETERS, Chief Deputy City Attorney

                By: _____/s/_____
                Sara Ugaz, Deputy City Attorney
                Attorneys for Defendant CITY OF LOS ANGELES