MICHAEL N. FEUER, City Attorney (SBN 111529)
JAMES P. CLARK, Chief Deputy City Attorney (SBN 64780)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
PATRICIA URSEA, Deputy City Attorney (SBN 221637)
SARA UGAZ, Deputy City Attorney (SBN 239031)
200 North Main Street, 6th Floor, Business & Complex Litigation
Los Angeles, California 90012
Tel: (213) 978-7564
Fax: (213) 978-7011
Email:  Sara.Ugaz@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VENICE JUSTICE COMMITTEE, an unincorporated association; and PEGGY KENNEDY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, and DOES 1-10, <br><br> Defendants. | CASE NO.:  2:16-cv-01115-ODW (KS) <br><br> Complaint Filed:  February 17, 2016 <br><br> **NOTICE OF RELATED CASES** <br><br> [Local Rule 83-1.3] |
|---|---|

   Although Local Rule 83-1.3.1 requires that a Notice of Related Case be served concurrently with service of the complaint, Plaintiffs did not do so here.  Defendant City of Los Angeles, therefore, files the instant Notice.

   The instant case is related to earlier-filed Central District cases entitled *Michael Hunt, et al. v. City of Los Angeles*, CV 06-04691, and *Matthew Dowd, et al. v. City of Los Angeles*, CV 09-06731 ("the earlier filed cases"), which were before the Honorable Dean D. Pregerson, District Judge, Presiding.

**BRIEF FACTUAL STATEMENT OF RELATED CASES**

The earlier-filed cases and the instant case involve allegations that Los Angeles Municipal Code section 42.15, which governs conduct on the Venice Beach Boardwalk, is facially invalid. Specifically, Plaintiffs in all three cases allege that the prohibition of vending in section 42.15 constitutes an unconstitutional interference with free speech rights. All three cases concern similar questions of fact and the same questions of law because they involve First Amendment challenges to the same municipal code section. Accordingly, the instant case qualifies for related case transfer.

Dated: April 28, 2016

MICHAEL N. FEUER, City Attorney
JAMES P. CLARK, Chief Deputy City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
PATRICIA URSEA, Deputy City Attorney


By: _____/s/_____
Sara Ugaz, Deputy City Attorney
Attorneys for Defendant
CITY OF LOS ANGELES