**CAROL A. SOBEL**  SBN 84483
**COLLEEN M. MULLEN** SBN 299059
**JUSTINE M. SCHNEEWEIS** SBN 305672
**LAW OFFICE OF CAROL A. SOBEL**
3110 Main Street, Suite 210
Santa Monica, California 90405
T. 310 393 3055
E. carolsobel@aol.com
E. mullen.colleen1@gmail.com
E. Justine.schneeweis@gmail.com

**JOHN P. GIVEN**  SBN 269787
2461 Santa Monica Boulevard, #438
Santa Monica, California 90404
T.  310 471-8485
E. john@johngiven.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al., | Case No. cv-16-01115 DDP (SSx) |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO THE MOTION TO DISMISS** |
| v. | |
| CITY OF LOS ANGELES, et al., | Date: August 1, 2016 |
| Defendants. | Time: 10:00 a.m. Ctrm: 3 |

Plaintiffs request that the Court take judicial notice of the 1906 deed from the Abott Kinney Co. and the City of Ocean Park, giving the property now known as the Venice Boardwalk "to be used for the construction of a public sidewalk and for no other purpose." A true and correct copy of the deed is attached as Exhibit 1. The document bears the official seal of the City of Los Angeles, attesting to the fact that Exhibit 1 is a "true and exact copy" of the document in the files of the City of Los Angeles.

A fact may be judicially noticed if it is not subject to reasonable dispute because it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *United States v. Burch*. 169 F.3d 666, 671 (10th Cir. 1999) (quoting FRE 201(b)(2)). The Court is required to take judicial notice of a fact "if a party requests it and the court is supplied with the necessary information." FRE 201(c)(2).

As a publicly available document bearing the official seal of the Defendant City, the deed which is the subject of this request for judicial notice is precisely the type of fact that is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FRE 201(b)(2). *See also Reiner v. Washington Plate Glass Co., Inc.*, 711 F.2d 414, 416 (D.C. Cir. 1983) (judicial notice is properly taken of a deed).

Dated: July 10, 2016                    Respectfully submitted,

                                        LAW OFFICE OF CAROL A. SOBEL

                                              /s/ Carol A. Sobel
                                        By: CAROL A. SOBEL
                                        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and the Opposition to the Motion to Dismiss were served this date on all counsel of records by means of the Court's Electronic Court Filing system ("ECF").

Dated: July 10, 2016                    /s/  Carol A. Sobel
                                        CAROL A. SOBEL

**EXHIBIT 1**

2628/137

(43)

THIS INDENTURE, Made the 31st day of January in the year of our
Lord one thousand nine hundred six (1906)

Between Abbot Kinney Co., a corporation, and A. R. Fraser,
G. M. Jones and H. R. Gage, of Los Angeles County, California, the
parties of the first part, and The City of Ocean Park a municipal
corporation, of Los Angeles County, California, the party of the
second part.

WITNESSETH, That the said parties of the first part, for and
in consideration of the sum of Five ($5.00) Dollars, lawful money
of the United States of America, to them in hand paid by the said
party of the second part, the receipt whereof is hereby acknowledged,
have remised, released and forever quitclaimed, and by these presents
do remise, release and forever quitclaim unto the said party of the
second part, and to its successors and assigns, all that certain
lot, piece or parcel of land, situate, lying and being in the City
of Ocean Park County of Los Angeles, and State of California, and
bounded and particularly described as follows, to-wit:

The Northeasterly twenty (20) feet, front and rear, of that
portion of Lot No. 176 & 179, Crescent Bay Tract lying south of the
southerly line of Marine Street extended, according to a map of
said tract recorded in Book 2, Page 13 & 14 of Maps, records of
said Los Angeles County: The North Easterly twenty (20) feet, front
and rear, of Lots A, B, C, D, E, F, G, H & I, Golden Bay tract,
according to a map of said tract recorded in Book 2, Page 15 of
Maps, records of said Los Angeles County: the North Easterly twenty
(20) feet, front and rear, of Lots No. 8, 9, 10, 11 and 12 of the
Country Club tract, according to a map of said tract recorded in
Book 3, page 76 of Maps, records of said Los Angeles County;

The above described strip of land adjoins the board walk on
the west, along the Ocean Front, from the southerly line of Marine
street extended, to the Northerly line of Horizon Avenue.

TOGETHER with all and singular the tenements, hereditaments
and appurtenances thereunto belonging, or in anywise appertaining,
and the reversion and reversions, remainder and remainders, rents,
issues and profits thereof: and also all the estate, right, title
interest, property possession, claim and demand whatsoever, as well
in law as in equity, of the said parties of the first part, of, in
or to the said premises, and every part and parcel thereof with
the appurtenances.

TO HAVE AND TO HOLD, All and singular the said premises,
together with the appurtenances unto the said party of the second
part, and to its successors and assigns forever:--

IT BEING HEREBY UNDERSTOOD AND AGREED that said strip of land
is to be used for the construction of a public sidewalk and for
no other purpose.

IN WITNESS WHEREOF the Abbot Kinney Co. of the first part has
hereunto caused its corporate name and seal to be affixed by its
President thereunto duly authorized and the other said parties of
the first part have hereunto set their hands and seals the day and
year first above written.

Signed, Sealed and Delivered in the Presence of

        A. R. Fraser
        Abbot Kinney Co.,
          by Abbot Kinney, Pres.
        G. M. Jones
        H. R. Gage



I HEREBY CERTIFY THIS TO
BE A TRUE AND EXACT COPY

        Deputy City Clerk
DATE 9-29-2014