UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 16-01115 DDP (SSx)                                   Date: August 1, 2016

Title:   VENICE JUSTICE COMMITTEE, et al -v- CITY OF LOS ANGELES et al
=====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Carol A. Sobel                                     Sara Ugaz


PROCEEDINGS:   MOTION TO DISMISS CASE FILED BY DEFENDANT (DOCKET NUMBER 13)

   Court and counsel confer as reflected on the record.  The matter is taken under submission.

                                                                  :   13

                              Initials of Preparer          PG

CV - 90 (03/15)