1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11  VENICE JUSTICE COMMITTEE, an  )   Case No. CV 16-01115 DDP (SSx)
    unincorporated association;  )
12  PEGGY KENNEDY, an            )   **ORDER SETTING SCHEDULING**
    individual,                  )   **CONFERENCE**
13                               )
                    Plaintiff,   )   Scheduling Conference as follows:
14                               )
         v.                      )        Day:     Monday
15                               )        Date:    August 14, 2017
    CITY OF LOS ANGELES,         )        Time:    10:30 a.m.
16                               )
                    Defendants.  )
17                               )
    _____ )
18

19        This matter is set for a scheduling conference in

20  Courtroom 9C, before the Honorable Dean D. Pregerson, located at

21  350 West 1st Street, Los Angeles, California 90012.  The conference

22  will be held pursuant to Federal Rules of Civil Procedure 16(b).

23  Lead trial counsel shall attend the scheduling conference.

24        The parties are reminded of their obligations to disclose

25  information and confer on a discovery plan not later than twenty-

26  one (21) days prior to the scheduling conference and file a report

27  with the Court entitled "Rule 26(f) Report", not later than

28  fourteen (14) days after they confer as required by Federal Rule of

1  Civil Procedure 26 and the Local Rules of this Court.  Failure to

2  comply may lead to the imposition of sanctions.

3

4       IT IS SO ORDERED.

5

6  **Dated: June 27, 2017**

7

8                              **DEAN D. PREGERSON**
                               **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28