Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA.  90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al.,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS<br><br>JOINT RULE 26(F) REPORT: EXHIBIT A<br><br><br>DATE: AUGUST 14, 2017<br>TIME: 10:30 A.M.<br>CTRM: 9C<br><br>HON. DEAN D. PREGERSON |

Submitted below is a summary of the proposed case schedule dates for the above-captioned action.

| | |
|---|---|
| April 17, 2018 | TRIAL DATE |
| April 2, 2018 | PTC |
| March 26, 2018 | Final PTC Order<br>Replies re Motion(s) in Limine<br>Proposed verdict form |
| March 19, 2018 | Oppositions to MIL |
| March 12, 2018 | Pre-trial filings: MIL, MFCL, witness list, joint exhibits list, trial brief |
| March 2, 2018 | Expert discovery cut-off (includes hearing discovery motions |
| March 2, 2018 | Settlement conference completion date |
| February 27, 2018 | Rebuttal expert disclosure & report deadline |
| January 30, 2018 | Initial expert disclosure & report deadline |
| December 29, 2017 | Motion cut-off (filing deadline) |
| December 22, 2017 | Non-expert discovery cut-off (includes hearing discovery motions) |

DATED: August 2, 2017        Respectfully submitted,

LAW OFFICE OF CAROL A. SOBEL
JOHN P. GIVEN

　　　/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

1