UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 16-01115 DDP (SSx)                                    Dated: August 10, 2017

Title:   VENICE JUSTICE COMMITTEE et al -v- CITY OF LOS ANGELES et al
===========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    <u>Patricia Gomez</u>                                         <u>None Present</u>
    Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                            None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

    **COUNSEL ARE NOTIFIED**, on the Court's own motion, the Scheduling Conference is hereby continued from August 14, 2017 to September 11, 2017 at 1:30 p.m.

MINUTES FORM 11                                                    Initials of Deputy Clerk   PG
CIVIL -- GEN