Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA.  90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al., <br><br> PLAINTIFFS, <br><br> vs. <br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS <br> **NOTICE OF SETTLEMENT**. <br> **CTRM: 9C** <br> **HON. DEAN D. PREGERSON** |

1  　　　　The parties to the above-captioned action have reached a settlement of all
2  issues in this action.  A settlement agreement was fully executed by all parties.  The
3  approval of the Claims Board is required before the settlement is final.
4  　　　　The parties request that the Court vacate all pending case scheduling dates and
5  set a date of August 14, 2018 by which the parties to advice the Court if the
6  settlement has been completed.
7  　　　　If the parties conclude all aspects of the settlement agreement prior to that
8  time, Plaintiffs will file a Notice of Dismissal for the Court's approval within seven
9  (7) days of the completion of the settlement.  If the settlement is not completed by
10 August 14, 2018, Plaintiffs will file a report with the Court advising of the status of
11 the settlement.

Dated:  June 14, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Law Office of Carol A. Sobel

　　　　　　　　　　　　　　　　　　/s/ Carol A. Sobel
　　　　　　　　　　　　　　　　　　By: CAROL A. SOBEL
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs