Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310 393-3055
(e) carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA.  90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al., <br><br> PLAINTIFFS, <br><br> vs. <br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS <br><br> **STATUS REPORT RE SETTLEMENT** <br><br> CTRM: 9C <br><br> HON. DEAN D. PREGERSON |

On June 14, 2018, the parties to the above-captioned action filed a Notice of Settlement with the Court and informed the Court that the settlement agreement was fully executed by all parties. At that time, the parties also advised the Court that the approval of the Claims Board was required before the settlement would become final. The parties requested, and the Court agreed, to vacate all pending case scheduling dates and set a date of August 14, 2018 by which the parties were to advise the Court whether the settlement was completed.

Although the Claims Board approved the monetary component of the settlement, the agreement also provides for a revision to the challenged municipal ordinance. The amendment to the municipal code requires consideration and approval by the City Council.

The City Council was in recess the entire month of July, which has delayed bringing this matter before the Council for approval. Although the parties hope that the Council will consider the matter soon, there is no set date for that to occur.

Accordingly, Plaintiffs now request that the Court extend the time to complete the settlement to and through October 12, 2018. If the parties conclude all aspects of the settlement agreement prior to that time, Plaintiffs will file a Notice of Dismissal for the Court's approval within seven (7) days of the completion of the settlement. If the settlement is not completed by October 12, 2018, Plaintiffs will file a report with the Court advising of the status of the settlement.

Dated: August 14, 2018                Respectfully submitted,

                                        Law Office of Carol A. Sobel

                                        /s/ Carol A. Sobel
                                        By: CAROL A. SOBEL
                                        Attorneys for Plaintiffs