Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310 393-3055
(e) carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA. 90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al.,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS<br><br>**[PROPOSED] ORDER RE: EXTENSION TO COMPLETE SETTLEMENT.**<br><br>**CTRM: 9C**<br><br>**HON. DEAN D. PREGERSON** |

1  Plaintiffs filed a Notice of Settlement on June 14, 2018, advising the Court
2 that parties to the above-captioned action reached a settlement of all issues in this
3 action and that all parties executed a settlement agreement.  The Court is also advised
4 that the approval of the Claims Board is required before the settlement is final.  At
5 that time, Accordingly, the parties requested additional time to complete the
6 settlement terms.  The Court granted the request, vacated all pending case
7 scheduling dates and set a date of August 14, 2018 by which the parties were to
8 advise the Court if the settlement was completed.

9  Although the Claims Board approved the monetary settlement, the approval
10 of the City Council is required because the settlement includes a revision to the Los
11 Angeles Municipal Ordinance provision challenged by this action.

12  The parties now request, and the Court orders, a new date of October 12, 2018
13 by which the settlement is to be completed and the Court notified of such settlement.

14  If the parties conclude all aspects of the settlement agreement prior to that
15 time, Plaintiffs will file a Notice of Dismissal for the Court's approval within seven
16 (7) days of the completion of the settlement.  If the settlement is not completed by
17 October 12, 2018, Plaintiffs will file a report with the Court advising of the status of
18 the settlement.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

Lodged by:

Law Office of Carol A. Sobel

   /s/   Carol A. Sobel
CAROL A. SOBEL
Attorney for Plaintiffs

1