Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA.  90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| VENICE JUSTICE COMMITTEE, et al., <br><br> PLAINTIFFS, <br><br> vs. <br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS <br><br> **ORDER RE: EXTENSION TO COMPLETE SETTLEMENT.** <br><br> **CTRM: 9C** <br><br> **HON. DEAN D. PREGERSON** |
|---|---|

The parties now request, and the Court orders, a new date of October 12, 2018 by which the settlement is to be completed and the Court notified of such settlement.

If the parties conclude all aspects of the settlement agreement prior to that time, Plaintiffs will file a Notice of Dismissal for the Court's approval within seven (7) days of the completion of the settlement. If the settlement is not completed by October 12, 2018, Plaintiffs will file a report with the Court advising of the status of the settlement.

Dated: <u>August 20, 2018</u>

_____
UNITED STATES DISTRICT JUDGE