Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA.  90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al., <br><br> PLAINTIFFS, <br><br> vs. <br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS <br><br> **FURTHER STATUS REPORT RE SETTLEMENT** <br><br> DATE:  OCT. 12, 2018 <br> TIME:  NONE <br> CTRM: 9C <br><br> HON. DEAN D. PREGERSON |

1  On June 14, 2018, the parties to the above-captioned action filed a Notice of Settlement with the Court and informed the Court that the settlement agreement was fully executed by all parties.  The parties requested, and the Court agreed, to vacate all pending case scheduling dates and set a date of August 14, 2018 by which the parties were to advise the Court whether the settlement was completed.

The parties then filed a status report with the Court, advising that the Claims Board approved the monetary component of the settlement but that the approval of the City Council was still required because the settlement agreement also provides for a revision to the challenged municipal ordinance.

At the request of the Plaintiffs, the Court extended the time to complete the settlement to and through October 12, 2018.  Plaintiffs now file this Further Status Report to advise the Court that the City Council approved the settlement on October 10, 2018.

The parties need a further extension to complete the monetary payment provided in the settlement.  Plaintiffs request that the Court extend the time to do so and file a Notice of Dismissal for the Court's approval to and through November 9, 2018 to complete the settlement.  Plaintiffs will file a Notice of Dismissal for the Court's approval within seven (7) days of the completion of the settlement.  If the settlement is not completed by November 9, 2018, Plaintiffs will file a report with the Court advising of the status of the settlement.

Dated:  October 12, 2018        Respectfully submitted,

Law Office of Carol A. Sobel

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

1