Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

John P. Given  SBN 269787
2461 Santa Monica Boulevard, #463
Santa Monica, CA.  90404
(t) 310 471-8485
(e) john@johngiven.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VENICE JUSTICE COMMITTEE, et al.,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 16-cv-01115-DDP-SS<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. DEAN D. PREGERSON** |

1 | The Court is advised that the parties to this action have now completed all
terms of the settlement. Specifically, the City Council has approved the amendment of the Los Angeles Municipal Code provision challenged in this action and all monetary terms of the settlement have also been fulfilled.

Accordingly, the Court enters the requested order, dismissing the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: October 24, 2018

_____
UNITED STATES DISTRICT JUDGE

1